. THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN
A. RUDD, Appellant, *v.* HARRY E. LEWIS, as District
Attorney of the County of Kings, Respondent.

*People ex rel. Rudd* v. *Cropsey*, 173 App. Div. 714, affirmed.
(Argued November 23, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 16, 1916, which affirmed an order of Special Term
denying a motion for a peremptory writ of mandamus to
compel the defendant to reinstate the relator in the posi-
tion of clerk in the office of the district attorney of Kings
county and dismissing an alternative writ theretofore
granted. The relator was removed on charges after a
hearing. He contended that the charges were frivolous
and unsubstantial and that the removal was for political
reasons.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*Harry E. Lewis, District Attorney (Hersey Egginton*
of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.